# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EDWARD VERZELLA, et al., | : | No. 18-2321 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **31st** day of **October 2019**, upon consideration of Defendants' Motion for Relief From Judgment Pursuant to Fed. R. Civ. P. 60, and Plaintiff's opposition thereto, and for the reasons provided in this Court's Memorandum dated October 31, 2019, it is **ORDERED** that the motion (Document No. 9) is **GRANTED in part and DENIED in part** as follows:

1. Statutory damages in the amount of $33,600 are awarded in Plaintiff.

2. Defendants are jointly and severally liable for these damages.

3. Plaintiffs are awarded costs totaling $560.84 in this action.

BY THE COURT:

_____
**Berle M. Schiller, J.**